NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HSUAN-YEH CHANG,**
*Plaintiff-Appellant,*

**v.**

**TERESA STANEK REA, Acting Director, United States Patent and Trademark Office,**
*Defendant-Appellee.*

---

2013-1085

---

Appeal from the United States District Court for the District of Columbia in No. 11-CV-1129, Judge Amy Berman Jackson.

---

**JUDGMENT**

---

HSUAN–YEH CHANG, of Chestnut Hill, Massachusetts, pro se.

NATHAN K. KELLEY, Deputy Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, for defendant-appellee. With him on the brief were COKE MORGAN STEWART and SYDNEY O. JOHNSON, JR., Associate Solicitors.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


September 13, 2013     /s/ Daniel E. O'Toole
Date     Daniel E. O'Toole
Clerk